**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Glenn I. Todd                                              CHAPTER 13
                          Debtor(s)
                                                                  BKY. NO. 18-15857 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F and index same on the master mailing list.

Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
04 Jan 2021, 04:20:32, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322