IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Glenn I. Todd, | : | Chapter 13 |
| Debtor | : | No. : 18-15857-pmm |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on April 14, 2022, has been served upon the following by the means stated:

*Via Electronic Filing (ECF) on April 14, 2022:*

Jerome B. Blank on behalf of Creditor JPMorgan Chase Bank, National Association
paeb@fedphe.com

Robert J. Davidow on behalf of Creditor JPMorgan Chase Bank, National Association
robert.davidow@phelanhallinan.com

Mario J. Hanyon on behalf of Creditor JPMorgan Chase Bank, N.A.
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Rolando Ramos-Cardona on behalf of Trustee Scott F. Waterman, Esquire
ecfmail@readingch13.com

Rebecca Ann Solarz on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via First Class United States Mail on April 14, 2022:*

DonnaMarie Rivenbank, Collection Manager
TriCounty Area Federal Credit Union
1550 Medical Drive
Pottstown, PA 19464

All other creditors on the mailing matrix not noticed by way of ECF.

                              **ROSS, QUINN & PLOPPERT, P.C.**

                          By:    */s/ Joseph Quinn*_____
                                    Joseph Quinn, Esquire
                                    Attorney I.D. No. 307467
                                    192 S. Hanover Street, Suite 101
                                    Pottstown, PA 19464
                                    T: 610.323.5300
                                    F: 610.323.6081
                                    JQuinn@rqplaw.com
Date: <u>April 14, 2022</u>                Counsel for Debtor