THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Glenn I. Todd, | : | Chapter 13 |
| Debtor | : | No. : 18-15857-pmm |

### CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1.      That I am the attorney for Glenn I Todd, debtor in the above-captioned matter.

2.      That a copy of the Supplemental Application for Compensation filed with the Court on April 27, 2022 along with the Notice of Application and Certificate of Service were timely served on parties in interest on April 27, 2022.

3.      A response deadline to the application was due on or before May 18, 2022.

4.      As of May 24, 2022, no response to said Application has been received.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
     Joseph L. Quinn, Esquire
      Attorney for Debtor
     Attorney I.D. No. 307467
     192 S. Hanover Street, Suite 101
     Pottstown, PA 19464
     Ph: (610) 323-5300

Dated: May 24, 2022