THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Glenn I. Todd,                : Chapter 13
          Debtor            : No. : 18-15857-pmm

## ORDER

**AND NOW,** upon consideration of the Supplemental Application for Compensation ("the Application" filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of **$950.00**.

3. Supplemental Expenses are **ALLOWED** in favor of the Applicant in the amount of **$0.00**.

4. This amount may be paid pursuant to the terms of the confirmed Plan.

BY THE COURT:

*Patricia M. Mayer*

Dated: 5/25/22

HON. PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE