THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Glenn I. Todd, | : | Chapter 13 |
| Debtor | : | No. : 18-15857-pmm |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of Claim 8 filed by Debtor's Counsel on behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F c/o Carrington Mortgage Services filed on May 31, 2022, has been served upon the following by the means stated:

*Via Electronic Filing (ECF) on May 31, 2022:*

Rebecca Ann Solarz on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Rolando Ramos-Cardona on behalf of Trustee Scott F. Waterman, Esquire
ecfmail@readingch13.com

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via First Class United States Mail on June 1, 2022:*

Bruce Rose, CEO
Carrington Mortgage Services
1600 S. Douglass Road
Anaheim CA 92806

                                    **ROSS, QUINN & PLOPPERT, P.C.**

                            By:    */s/ Joseph Quinn*
                                     Joseph Quinn, Esquire
                                     Attorney I.D. No. 307467
                                     192 S. Hanover Street, Suite 101
                                     Pottstown, PA 19464
                                     T: 610.323.5300
                                     F: 610.323.6081
                                     JQuinn@rqplaw.com
Date: June 1, 2022                  Counsel for Debtor