# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13
Glenn I. Todd

: Bky. No. 18-15857pmm

:

Debtor(s)

:

To: Wilmington Savings Fund Society, FSB
C/o Carrington Mortgage Services
1600 S. Douglass Road
Anaheim, CA 92806

## NOTICE OF FILING OF CLAIM BY DEBTOR OR TRUSTEE

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 7,204.94  has been filed in your name by  Joseph Quinn, Esq, Claim Number [8-1] on  5/31/22  . You are further notified that a proof of claim filed by a creditor pursuant to Federal Rules of Bankruptcy Procedure 3002 and 3003(c), shall supersede the proof filed by the debtor or trustee.

Date:    June 1, 2022

FOR THE COURT

TIMOTHY B. McGRATH, CLERK

By:  __s/Keith Borzillo_____
                 Case Administrator