United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-15857-pmm
Glenn I. Todd  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Jun 01, 2022     Form ID: pdf900     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenn I. Todd, 27 Fourth Avenue, Birdsboro, PA 19508-8759 |
| cr | + | Carrington Carrington Wilmington Savings, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806-5948 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14694905 | + Email/Text: BKBCNMAIL@carringtonms.com | Jun 02 2022 00:24:00 | Wilmington Savings Fund Society, FSB, as trustee o, c/o Carrington Mortgage Services, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022      Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION paeb@fedphe.com |
| JOSEPH L QUINN | on behalf of Debtor Glenn I. Todd CourtNotices@rqplaw.com |
| MARIO J. HANYON | on behalf of Creditor JPMORGAN CHASE BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 01, 2022 | Form ID: pdf900 | Total Noticed: 3

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F
    bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :           Chapter 13
Glenn I. Todd

                                                                   :           Bky. No. 18-15857pmm

                                                                   :
                Debtor(s)
                                                                   :

To: Wilmington Savings Fund Society, FSB
     C/o Carrington Mortgage Services
     1600 S. Douglass Road
     Anaheim, CA 92806


**NOTICE OF FILING OF CLAIM BY DEBTOR OR TRUSTEE**


        Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 7,204.94  has been filed in your name by  Joseph Quinn, Esq, Claim Number [8-1] on  5/31/22  . You are further notified that a proof of claim filed by a creditor pursuant to Federal Rules of Bankruptcy Procedure 3002 and 3003(c), shall supersede the proof filed by the debtor or trustee.



Date:   June 1, 2022

                                  FOR THE COURT

                                  TIMOTHY B. McGRATH, CLERK

                                  By:   s/Keith Borzillo
                                            Case Administrator