IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Glenn I. Todd,    :    Chapter 13
          Debtor    :    No. : 18-15857-pmm

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Glenn I. Todd, Debtor in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on April 14, 2022.

3. That a copy of the Motion, along with the proposed modified plan and Notice of Motion were served on parties in interest on April 14, 2022.

4. That a certificate of service was filed with the court on April 14, 2022 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before May 5, 2022.

6. No response to said Motion has been received as of June 29, 2022.

          ROSS, QUINN & PLOPPERT, P.C.

          BY:    */s/ Joseph Quinn*
          Joseph Quinn, Esquire
          Attorney I.D. No. 307467
          192 S. Hanover Street, Suite 101
          Pottstown, PA  19464
          T: (610) 323 - 5300
          F: (610) 323 - 6081
Date:  June 29, 2022    JQuinn@rqplaw.com