| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-15857-PMM**

GLENN I TODD
27 FOURTH AVENUE
BIRDSBORO  PA   19508

Petition Filed Date: 09/05/2018
341 Hearing Date: 11/13/2018
Confirmation Date: 10/17/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $500.00 | | 05/10/2021 | $500.00 | | 06/08/2021 | $500.00 | |
| 07/09/2021 | $500.00 | | 08/09/2021 | $500.00 | | 09/10/2021 | $500.00 | |
| 10/08/2021 | $500.00 | | 11/05/2021 | $505.00 | | 12/09/2021 | $500.00 | |
| 01/10/2022 | $500.00 | | 02/09/2022 | $500.00 | | 03/09/2022 | $500.00 | |
| 04/11/2022 | $500.00 | | 05/09/2022 | $1,000.00 | | 06/09/2022 | $1,000.00 | |
| 07/12/2022 | $1,000.00 | | | | | | | |

**Total Receipts for the Period: $9,505.00   Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $24,505.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $2,335.00 | $2,335.00 | $0.00 |
| 1 | WELLS FARGO BANK NEVADA NA<br>»» 001 | Unsecured Creditors | $3,297.41 | $0.00 | $3,297.41 |
| 2 | TRI COUNTY AREA FCU<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 003 | Unsecured Creditors | $953.38 | $0.00 | $953.38 |
| 4 | PATIENT FIRST<br>»» 004 | Unsecured Creditors | $111.97 | $0.00 | $111.97 |
| 5 | CARRINGTON MORTGAGE SVCS LLC<br>»» 005 | Mortgage Arrears | $21,595.12 | $17,747.47 | $3,847.65 |
| 6 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»» 006 | Unsecured Creditors | $17,950.73 | $0.00 | $17,950.73 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $950.00 | $950.00 | $0.00 |
| 7 | CARRINGTON MORTGAGE SVCS LLC<br>»» 008 | Mortgage Arrears | $7,204.94 | $1,368.13 | $5,836.81 |

**Chapter 13 Case No. 18-15857-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,505.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $22,400.60 | Arrearages: | $1,000.00 |
| Paid to Trustee: | $2,104.40 | Total Plan Base: | $38,505.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.