Certificate Number: 05781-PAE-DE-037491352

Bankruptcy Case Number: 18-15857



05781-PAE-DE-037491352

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 7, 2023</u>, at <u>7:10</u> o'clock <u>AM PDT</u>, <u>Glenn Todd</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>June 7, 2023</u>          By:    <u>/s/Allison M Geving</u>

                              Name:  <u>Allison M Geving</u>

                              Title:  <u>President</u>