United States Bankruptcy Court

Eastern District of Pennsylvania

In re:        Case No. 18-15857-pmm

Glenn I. Todd        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 18, 2023 | Form ID: 138OBJ | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Glenn I. Todd, 27 Fourth Avenue, Birdsboro, PA 19508-8759 |
| 14713904 | + | Exeter Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14713905 | + | Exeter Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14200088 | | JPMorgan Chase Bank, N.A., c/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14284592 | #+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |
| 14191933 | | Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14191936 | + | Tri County Area FCU, c/o DonnaMarie Rivenbark, 1550 Medical Dr, Pottstown, PA 19464-3225 |
| 14191938 | | Wells Fargo, Legal Order Processing Y1372-113, P.O. Box 7600, Philadelphia, PA 19106 |
| 14574260 | + | Wilmington Savings Fund Society, FSB, as Trustee o, C/O Rebecca Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 19 2023 00:45:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 19 2023 00:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14191931 | | Email/Text: G06041@att.com | Jul 19 2023 00:45:00 | DirecTV, PO Box 78626, Phoenix, AZ 85062-8626 |
| 14191930 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 19 2023 00:54:39 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14226082 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 19 2023 00:54:33 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14191932 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 19 2023 00:54:45 | JPMorgan Chase Bank, N.A., P.o. Box 24696, Columbus, OH 43224 |
| 14230426 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 19 2023 00:54:40 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14191929 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 19 2023 00:54:46 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14555059 | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 19 2023 00:45:00 | Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14253652 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 19 2023 00:54:40 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Jul 18, 2023 | Form ID: 138OBJ | Total Noticed: 26

| | | | Wilkes-Barre, PA 18773-9635 |
|---|---|---|---|
| 14230138 | + Email/Text: joey@rmscollect.com | Jul 19 2023 00:45:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14191934 | + Email/Text: joey@rmscollect.com | Jul 19 2023 00:45:00 | Receivable Management, 7206 Hull Street Rd Ste, North Chesterfield, VA 23235-5826 |
| 14191935 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2023 00:54:39 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14450947 | + Email/Text: BKBCNMAIL@carringtonms.com | Jul 19 2023 00:45:00 | WILMINGTON SAVINGS, CARRINGTON MTG SERV, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806-5948 |
| 14191937 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 19 2023 00:54:43 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 14199971 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 19 2023 00:54:38 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14694905 | + Email/Text: BKBCNMAIL@carringtonms.com | Jul 19 2023 00:45:00 | Wilmington Savings Fund Society, FSB, as trustee o, c/o Carrington Mortgage Services, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Exeter Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com, brausch@pincuslaw.com |
| JOSEPH L QUINN | on behalf of Debtor Glenn I. Todd CourtNotices@rqplaw.com |
| MARIO J. HANYON | |

on behalf of Creditor JPMORGAN CHASE BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

ROBERT J. DAVIDOW
   on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com

ROLANDO RAMOS-CARDONA
   on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Glenn I. Todd

               Debtor(s)

                                   Case No: 18−15857−pmm

                                   Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/18/23

85 − 75
Form 138OBJ
